# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF KENTUCKY – At Covington

**Electronically Filed**

| | |
|---|---|
| **COREY R. LEWANDOWKSI, et. al.** | : Case No. 2:22-cv-00106-DLB-CJS |
| **Plaintiffs** | : |
| v. | : |
| **ERIC DETERS, et. al.** | : |
| **Defendants** | : |

## FRCP 7.1 STATEMENT

Pursuant to FRCP 7.1, there is no parent corporation or publicly held corporation that owns 10% of any Plaintiff's stock.

Respectfully Submitted,

/s/Christopher Wiest_____
Christopher Wiest (KBA 90725)
25 Town Center Blvd, STE 104
Crestview Hills, KY 41017
513-257-1895 (v)
chris@cwiestlaw.com

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing upon all counsel of record, by filing same in the Court's CM/ECF system, this 6 day of September, 2022, and by service of same via ordinary mail upon all Defendants in this matter.

/s/Christopher Wiest