IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY- At Covington
CASE: 2:22-cv-00106-WOB-CJS

COREY R. LEWANDOWSKI, et al            PLAINTIFFS

v.

ERIC DETERS, et al            DEFENDANTS

## ANSWER AND COUNTERCLAIM

Come now Defendants, and now for their Answer states as follows:

1. Defendants admit paragraph 1.

2. Defendants deny paragraph 2.

3. Defendants admit paragraph 3.

4. Defendants deny paragraph 4.

5. Defendants deny paragraph 5.

6. Defendants deny paragraph 6.

7. Defendants deny paragraph 7.

8. Defendants deny paragraph 8.

9. Defendants deny paragraph 9.

10. Defendants deny paragraph 10.

11. Defendants deny paragraph 11.

12. Defendants deny paragraph 12.

13. Defendants deny paragraph 13.

14. Defendants deny paragraph 14.

15. Defendants deny paragraph 15.

16. Defendants deny paragraph 16.

1

17. Defendants admit paragraph 17.

18. Defendants admit paragraph 18.

19. Defendants admit paragraph 19.

20. Defendants admit paragraph 20.

21. Defendants admit paragraph 21.

22. Defendants admit paragraph 22.

23. Defendants admit paragraph 23.

24. Defendants admit paragraph 24.

25. Defendants deny paragraph 25.

26. Defendants admit paragraph 26.

27. Defendants admit paragraph 27.

28. Defendants admit paragraph 28.

29. Defendants deny paragraph 29.

30. Defendants admit paragraph 30.

31. Defendants deny paragraph 31.

32. Defendants admit paragraph 32.

33. Defendants deny paragraph 33.

34. Defendants deny paragraph 34.

35. Defendants deny paragraph 35.

36. Defendants deny paragraph 36.

37. Defendants deny paragraph 37.

38. Defendants deny paragraph 38.

39. Defendants deny paragraph 39.

40. Defendants deny paragraph 40.

41. Defendants deny paragraph 41.

42. Defendants admit paragraph 42.

43. Defendants deny paragraph 43.

44. Defendants deny paragraph 44.

45. Defendants deny paragraph 45.

46. Defendants deny paragraph 46.

47. Defendants deny paragraph 47.

48. Defendants deny paragraph 48.

49. Defendants deny paragraph 49.

50. Defendants deny paragraph 50.

51. Defendants deny paragraph 51.

52. Defendants deny paragraph 52.

53. Defendants deny paragraph 53.

54. Defendants deny paragraph 54.

55. Defendants deny paragraph 55.

56. Defendants deny paragraph 56.

57. Defendants deny paragraph 57.

58. Defendants deny paragraph 58.

59. Defendants deny paragraph 59.

60. Defendants deny paragraph 60.

61. Defendants deny paragraph 61.

62. Defendants deny paragraph 62.

63. Defendants deny paragraph 63.

64. Defendants deny paragraph 64.

65. Defendants deny paragraph 65.

66. Defendants deny paragraph 66.

67. Defendants deny paragraph 67.

68. Defendants deny paragraph 68.

69. Defendants deny paragraph 69.

70. Defendants deny paragraph 70.

71. Defendants deny paragraph 71.

72. Defendants deny paragraph 72.

73. Defendants deny paragraph 73.

74. Defendants deny paragraph 74.

75. Defendants deny paragraph 75.

76. Defendants deny paragraph 76.

77. Defendants deny paragraph 77.

78. Defendants deny paragraph 78.

79. Defendants deny paragraph 79.

80. Defendants deny paragraph 80.

81. Defendants deny paragraph 81.

82. Defendants deny paragraph 82.

83. Defendants deny paragraph 83.

84. Defendants deny paragraph 84.

85. Defendants deny paragraph 85.

86. Defendants deny paragraph 86.

87. Defendants deny paragraph 87.

88. Defendants deny paragraph 88.

89. Defendants deny paragraph 89.

90. Defendants deny paragraph 90.

91. Defendants deny paragraph 91.

92. Defendants deny paragraph 92.

93. Defendants plead all affirmative defenses available under Civil Rule 8. Those affirmative defenses are incorporated herein by reference, the same as if repeated verbatim.  Mr. Deters reserves the right to amend his Answer and plead other affirmative defenses should the facts of this case warrant through investigation and discovery.

## AFFIRMATIVE DEFENSES

94. Plaintiff pleads the following affirmative defenses:

A. Plaintiff fails to state a claim or cause of action upon which relief can be granted.

B. Lack of jurisdiction over the defendant.

C. Improper venue.

D. Insufficiency of process.

E. Insufficiency of service of process.

F. Failure to join a party under Rule 19.

95. Some or all of the claims and causes of action set forth within the Complaint are barred by the doctrines of waiver, election, estoppel, laches, impossibility of performance, unclean hands, or set-off or credit.

96. The claims and causes of action asserted by plaintiff against Mr. Deters within the Complaint are barred, either in whole or in part, by plaintiff's failure to mitigate his alleged damages, if any.

97. Some or all of the claims and causes of action set forth within the Complaint are not ripe and unmatured.

98. Some or all of the claims and causes of action set forth within the Complaint are barred by the applicable statute of frauds.

99. Plaintiffs' claims are barred by the existence of all other affirmative defenses available to Mr. Deters pursuant to the Federal Rules of Civil Procedure. Those affirmative defenses are incorporated herein by reference, the same as if repeated verbatim. Mr. Deters reserves the right to amend his Answer and plead other affirmative defenses should the facts of this case warrant through investigation and discovery.

## COUNTERCLAIM

## COUNT I – BREACH OF CONTRACT

95. Plaintiff breached the contract by not abiding by its terms. Plaintiff first materially breached the contract.

## DEMAND FOR TRIAL BY JURY

96. **The defendants request and demand trial by jury.**

**WHEREFORE**, Defendants request dismissal of the Complaint and all relief they are entitled in the counterclaim, including but not limited to:

6

      A.      That the claims, complaint and causes of action asserted by plaintiffs against Mr. Deters within the Complaint be dismissed with prejudice, and that plaintiffs take nothing thereunder;

      B.      On the Counterclaim, that Mr. Deters be awarded his actual and compensatory damages against plaintiffs, jointly and severally, in an amount to be proven at trial or otherwise;

      C.      Recovery of his costs and expenses herein, including his reasonable attorney fees, where applicable; and

      D.      All other relief in law or in equity to which Mr. Deters may appear entitled.

Respectfully Submitted,

*/s/ Alan Statman*
Alan Statman (#84752)
Statman Harris, LLC
35 E. 7th Street, Suite 315
Cincinnati, Ohio 45202
Tel: 513 621-2666
Fax: 513 621-4896
mailto:sderrien@statmanharris.com
ajstatman@statmanharris.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was mailed via USPS and emailed to the following parties on this 8th day of September 2022.

Christopher Wiest
25 Town Center Blvd.
Suite 104
Crestview Hills, KY 41017
chris@cwiestlaw.com

Zach Gottesman
404 East 12 Street
First Floor
Cincinnati, OH 45202
zg@zgottesmanlaw.com

Thomas Bruns
4555 Lake Forrest Dr.
Suite 330
Cincinnati, OH 45242
tbruns@bcvalaw.com

                                            */s/ Alan Statman*
                                            Alan Statman (#84752)

8