**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY- At Covington
CASE: 2:22-cv-00106-WOB-CJS**

**COREY R. LEWANDOWSKI, et al**                     **PLAINTIFFS**

**v.**

**ERIC DETERS, et al**                     **DEFENDANTS**

### RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT, BULLDOG MEDIA, INC.

Comes now Defendant, Bulldog Media, Inc.. ("Bulldog Media"), by counsel, and hereby makes the following disclosure pursuant to Fed. R. Civ. P. 7.1:

1. Bulldog Media does not have any parent corporation(s).

2. No publicly held corporation owns 10% or more of Bulldog Media's stock.

                                     Respectfully Submitted,

                                       */s/ Alan Statman*
                                       Alan Statman (#84752)
                                       Statman Harris, LLC
                                       35 E. 7th Street, Suite 315
                                       Cincinnati, Ohio 45202
                                       Tel: 513 621-2666
                                       Fax: 513 621-4896
                                       mailto:sderrien@statmanharris.com
                                       ajstatman@statmanharris.com

### CERTIFICATE OF SERVICE

I certify that on the 20th day of September 2022, the foregoing was filed with the Court's electronic filing system and served via electronic upon:

1

Christopher Wiest
25 Town Center Blvd.
Suite 104
Crestview Hills, KY 41017
chris@cwiestlaw.com

Zach Gottesman
404 East 12 Street
First Floor
Cincinnati, OH 45202
zg@zgottesmanlaw.com

Thomas Bruns
4555 Lake Forrest Dr.
Suite 330
Cincinnati, OH 45242
tbruns@bcvalaw.com

*/s/ Alan Statman*
Alan Statman (#84752)