**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF KENTUCKY – At Covington**

**Electronically Filed**

| | | |
|---|---|---|
| **COREY R. LEWANDOWKSI, et. al.** | : | Case No. 2:22-cv-00106-DLB-CJS |
| **Plaintiffs** | : | |
| v. | : | |
| **ERIC DETERS, et. al.** | : | |
| **Defendants** | : | |

**PLAINTIFFS' NOTICE REGARDING DEFENDANTS "AGREED ORDER"**

On December 27, 2022, this Court entered an order rejecting the Defendants' proposed order for an extension of time. [DE#25]. That order was tendered on December 19, 2022. [DE#24]. And was consented to. [See attached emails].

Defendants did not contact the undersigned, nor obtain any of their consents, much less their authority to sign an order that fell after the Court's deadline for another agreed order. Mr. Deters himself, never asked for an extension. In short, Defendants filed a purported agreed order that Plaintiffs did not agree to. [DE#26]. It is highly improper to tender an order, even if it is substantially the same as the prior rejected order, with the undersigned's signature, that the undersigned did not agree to.

Respectfully Submitted,

/s/Christopher Wiest_____
Christopher Wiest (KBA 90725)
25 Town Center Blvd, Ste. 104
Crestview Hills, KY 41017
513-257-1895 (v)
chris@cwiestlaw.com

/s/Thomas Bruns_____
Thomas B. Bruns (KBA 84985)
4555 Lake Forrest Dr., Suite 330
Cincinnati, OH 45242

tbruns@bcvalaw.com
513-312-9890 (c)

/s/Zach Gottesman_____
Zach Gottesman (KBA 86288)
404 East 12 St., First Floor
Cincinnati, OH 45202
zg@zgottesmanlaw.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing upon counsel for the Defendants, this 4th day

of January, 2023, via service via CM/ECF, which shall provide notice to them.

/s/Christopher Wiest_____
Christopher Wiest (KBA 90725)