**chris@cwiestlaw.com**

| | |
|---|---|
| **From:** | Sylvie Derrien <sderrien@statmanharris.com> |
| **Sent:** | Monday, December 19, 2022 11:47 AM |
| **To:** | chris@cwiestlaw.com; tbruns@bcvalaw.com; zg@zgottesmanlaw.com |
| **Cc:** | Alan J. Statman |
| **Subject:** | RE: Lewandowsky v. Deters et al.; Case No. 2:22-cv-00106-DLB-CJS |
| **Attachments:** | Agreed order re Extension fo time to file Response to Motion to compel Case no 22-cv-106 Lewandoski v. Deters.docx |

Chris:

Please find attached the agreed order for you review. If acceptable, we will file.

`Thank you
Sylvie

**From:** chris@cwiestlaw.com <chris@cwiestlaw.com>
**Sent:** Monday, December 19, 2022 10:15 AM
**To:** Sylvie Derrien <sderrien@statmanharris.com>; tbruns@bcvalaw.com; zg@zgottesmanlaw.com
**Cc:** Alan J. Statman <ajstatman@statmanharris.com>
**Subject:** RE: Lewandowsky v. Deters et al.; Case No. 2:22-cv-00106-DLB-CJS

Ms. Derrien:

We have no objection to that (its 10 days, right?).  One thing I wanted to raise: Plaintiffs have expert disclosures and a fact discovery cutoff of April 3, 2023 in this matter.  I anticipate needing to extend that, in light of the motion to compel practice (assuming the Court directs the turnover of the requested information).  If that is the case, I am assuming that there will not be a fight on that, on the back end.  Please confirm.

Sincerely,


Christopher Wiest
Chris Wiest, Attorney at Law, PLLC
25 Town Center Blvd, Ste. 104
Crestview Hills, KY 41017
513-257-1895 (v)



**From:** Sylvie Derrien <sderrien@statmanharris.com>
**Sent:** Thursday, December 15, 2022 11:16 AM
**To:** chris@cwiestlaw.com; tbruns@bcvalaw.com; zg@zgottesmanlaw.com
**Cc:** Alan J. Statman <ajstatman@statmanharris.com>
**Subject:** Lewandowsky v. Deters et al.; Case No. 2:22-cv-00106-DLB-CJS

Good morning,

I work with Alan Statman. We  have received your client's motion to compel.

I will be helping with the response. However, I will be out of town and  out of the country for the next 3 weeks, with episodic internet access.

Would you be amenable to granting us an extension to respond to the motion to compel until January 19, 2022.

If so, I w ill be happy to draft an agreed order per Local Rule 7.1(b).

Thank you,

Sylvie

Sylvie Derrien, Esq.
Statman Harris & Eyrich, LLC
Executive Building
35 East Seventh Street, Suite 315
Cincinnati, Ohio 45202
Tel: 513 621-2666
Fax: 513 621-4896
sderrien@statmanharris.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY – at Covington**

| | | |
|---|---|---|
| **COREY R. LEWANDOWSKI,** *et al* | ) | |
| | ) | |
| | ) | |
| **PLAINTIFFS,** | ) | **Judge  DLB-CJS** |
| | ) | |
| **v.** | ) | |
| | ) | **CASE NO. 2:22-CV-106** |
| **ERIC DETERS ,** *et al.* | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

**AGREED ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND
TO PLAINTIFFS' MOTION TO COMPEL [DOC. NO. 23]**

By agreement of Plaintiffs and Counterdefendants Corey R. Lewandowski and Lewandowsky Strategic Advisors, LLC (collectively, "Plaintiffs") and Defendants and Counterplaintiffs Eric C. Deters, Deters For Governor Campaign, Bulldog Media, Inc., Eric C. Deters Irrevocable Trust  (collectively,  "Defendants")  and pursuant to Local Rule 7.1(b)  and for good cause shown, it is hereby ORDERED THAT Defendants shall have an extension of time, up to and including January 19, 2023, within which to respond to Plaintiffs' Motion to Compel [Doc. No. 23].  No prior extensions have been requested for this response.

_____
The Honorable Candace J. Smith

1

*/s/ Alan Statman*
Alan Statman, Attorney for Defendants
And Counterplaintiffs


*/s/ Christopher Wiest*
Attorney for Plaintiffs
And Counterdefendants

**chris@cwiestlaw.com**

| | |
|---|---|
| **From:** | chris@cwiestlaw.com |
| **Sent:** | Monday, December 19, 2022 2:21 PM |
| **To:** | 'Sylvie Derrien'; 'tbruns@bcvalaw.com'; 'zg@zgottesmanlaw.com' |
| **Cc:** | 'Alan J. Statman' |
| **Subject:** | RE: Lewandowsky v. Deters et al.; Case No. 2:22-cv-00106-DLB-CJS |

That's fine

**From:** Sylvie Derrien <sderrien@statmanharris.com>
**Sent:** Monday, December 19, 2022 11:47 AM
**To:** chris@cwiestlaw.com; tbruns@bcvalaw.com; zg@zgottesmanlaw.com
**Cc:** Alan J. Statman <ajstatman@statmanharris.com>
**Subject:** RE: Lewandowsky v. Deters et al.; Case No. 2:22-cv-00106-DLB-CJS

Chris:

Please find attached the agreed order for you review. If acceptable, we will file.

`Thank you
Sylvie

**From:** chris@cwiestlaw.com <chris@cwiestlaw.com>
**Sent:** Monday, December 19, 2022 10:15 AM
**To:** Sylvie Derrien <sderrien@statmanharris.com>; tbruns@bcvalaw.com; zg@zgottesmanlaw.com
**Cc:** Alan J. Statman <ajstatman@statmanharris.com>
**Subject:** RE: Lewandowsky v. Deters et al.; Case No. 2:22-cv-00106-DLB-CJS

Ms. Derrien:

We have no objection to that (its 10 days, right?).  One thing I wanted to raise: Plaintiffs have expert disclosures and a fact discovery cutoff of April 3, 2023 in this matter.  I anticipate needing to extend that, in light of the motion to compel practice (assuming the Court directs the turnover of the requested information).  If that is the case, I am assuming that there will not be a fight on that, on the back end.  Please confirm.

Sincerely,


Christopher Wiest
Chris Wiest, Attorney at Law, PLLC
25 Town Center Blvd, Ste. 104
Crestview Hills, KY 41017
513-257-1895 (v)


**From:** Sylvie Derrien <sderrien@statmanharris.com>
**Sent:** Thursday, December 15, 2022 11:16 AM

**To:** chris@cwiestlaw.com; tbruns@bcvalaw.com; zg@zgottesmanlaw.com
**Cc:** Alan J. Statman <ajstatman@statmanharris.com>
**Subject:** Lewandowsky v. Deters et al.; Case No. 2:22-cv-00106-DLB-CJS

Good morning,

I work with Alan Statman. We  have received your client's motion to compel.
I will be helping with the response. However, I will be out of town and  out of the country for the next 3 weeks, with episodic internet access.
Would you be amenable to granting us an extension to respond to the motion to compel until January 19, 2022.
If so, I w ill be happy to draft an agreed order per Local Rule 7.1(b).

Thank you,

Sylvie

Sylvie Derrien, Esq.
Statman Harris & Eyrich, LLC
Executive Building
35 East Seventh Street, Suite 315
Cincinnati, Ohio 45202
Tel: 513 621-2666
Fax: 513 621-4896
sderrien@statmanharris.com

2