**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY – At Covington**
*Electronically Filed*

| | |
|---|---|
| **COREY R. LEWANDOWKSI, et. al.** | : Case No. 2:22-cv-00106-DLB-CJS |
| **Plaintiffs** | : |
| v. | : |
| **ERIC DETERS, et. al.** | : |
| **Defendants** | : |

## MOTION TO DISMISS CASE

Plaintiffs, through Counsel, move this Court for an order dismissing this case pursuant to FRCP 41(a)(2).

Respectfully Submitted,

/s/Christopher Wiest_____
Christopher Wiest (KBA 90725)
25 Town Center Blvd, STE 104
Crestview Hills, KY 41017
513-257-1895 (v)
chris@cwiestlaw.com

/s/Thomas Bruns_____
Thomas B. Bruns (KBA 84985)
4555 Lake Forrest Dr., Suite 330
Cincinnati, OH 45242
tbruns@bcvalaw.com
513-312-9890 (c)

/s/Zach Gottesman_____
Zach Gottesman (KBA 86288)
404 East 12 St., First Floor
Cincinnati, OH 45202
zg@zgottesmanlaw.com
*Attorneys for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing upon all counsel of record, by filing same in the Court's CM/ECF system, this 10 day of January, 2024.

/s/Christopher Wiest