## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY – at Covington

| | | |
|---|---|---|
| COREY R. LEWANDOWSKI, *et al* | ) | **Eastern District of Kentucky** **FILED** |
| | ) | |
| | ) | **JAN 1 1 2024** |
| **PLAINTIFFS,** | ) | **Judge  DLB-CJS** |
| | ) | AT COVINGTON Robert R. Carr CLERK U.S. DISTRICT COURT |
| **v.** | ) | |
| | ) | **CASE NO. 2:22-CV-106** |
| **ERIC DETERS , *et al.*** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

### REPLY TO MOTION TO DISMISS

Defendants do not object to the Motion to Dismiss filed by the Plaintiffs yesterday.

Defendants would like the Court to know that it happened to be on the eve of Plaintiff's

deposition in this matter.  That is no coincidence.  It should be dismissed with prejudice.  God

Bless America.

Respectfully Submitted,

Eric Deters
5247 Madison Pike
Independence, KY 41051
(859) 250-2527

Defendant and
Counterplaintiff Pro Se

### CERTIFICATE OF SERVICE

I certify that on the 11th day of January 2024, the foregoing was filed with the Court's electronic filing system and served via electronic upon:

Christopher Wiest

1

25 Town Center Blvd.
Suite 104
Crestview Hills, KY 41017
chris@ewiestlaw.com

Zach Gottesman
404 East 12 Street
First Floor
Cincinnati, OH 45202
zg@zgottesmanlaw.com

Thomas Bruns
4555 Lake Forrest Dr.
Suite 330
Cincinnati, OH 45242
thruns@bevalaw.com

Eric Deters