IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY – At Covington

**COREY R. LEWANDOWKSI, et. al.**  :  Case No. 2:22-cv-00106-DLB-CJS

    **Plaintiffs**  :

v.  :

**ERIC DETERS, et. al.**  :

    **Defendants**  :

Eastern District of Kentucky
FILED
JAN 12 2024
AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

## ORDER GRANTING DISMISSAL

Plaintiffs' Motion to Dismiss this matter is GRANTED. All claims in this matter are hereby dismissed, and this matter is stricken from the Court's docket.

IT IS SO ORDERED:

Jan. 11, 2024

Signed By:
*David L. Bunning*
United States District Judge